

# NUMBER 13-20-00514-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

| | |
|---|---|
| JANIE MARIE CAVAZOS AS NEXT FRIEND OF MAGDALENA ROBLES-AGUIRRE, | Appellant, |
| v. | |
| FINANCE OF AMERICA REVERSE, LLC, FINANCE OF AMERICA STRUCTURED SECURITIES ACQUISITION TRUST 2017-HB1, AND WILMINGTON SAVINGS FUND SOCIETY FSB, | Appellees. |

### On appeal from the 445th District Court of Cameron County, Texas.

# ORDER REINSTATING APPEAL

### Before Chief Justice Contreras and Justices Longoria and Tijerina
### Order Per Curiam

This cause is before the Court on appellant's amended motion to reinstate appeal and amended motion for extension of time to file brief. This Court previously issued a memorandum opinion and judgment dismissing this appeal for want of prosecution on April 1, 2021.

The Court, having fully examined and considered appellant's amended motions, is of the opinion that, in the interest of justice, they should be granted and dismissed as moot, respectively. Accordingly, we GRANT appellant's amended motion to reinstate appeal and DISMISS AS MOOT appellant's amended motion for extension of time to file brief. We withdraw our previous memorandum opinion and judgment and REINSTATE the appeal.

The record was due on January 8, 2021, but has not been filed. *See* TEX. R. APP. P. 35.1(a). Appellant shall pay the clerk's and reporter's fees for preparation of the records, or make satisfactory arrangements to pay those fees, such that the clerk's and reporter's records are filed within thirty (30) days from the date of this order. *See* TEX. R. APP. P. 35.3(a)(2), (b)(3), (c) ("The appellate court must allow the record to be filed late when the delay is not the appellant's fault, and may do so when the delay is the appellant's fault."). Appellant's brief will be due thirty (30) days after the clerk's and reporter's records have been filed with this Court. *See* TEX. R. APP. P. 38.6(a).

PER CURIAM

Delivered and filed the
25th day of May, 2021.

2